United States District Court
for the Western District of Wisconsin

David Tjader

v.                                      Case #: 3:20-cv-00973-wmc

United States of America

Notice of appeal from the denial of my 28 USC § 2255 an motion for reconsideration.

Dated: 4/11/22

Respectfully

David Tjader

NAME: David Tjader
REG#: 11078-090
FSL CORRECTIONAL INSTITUTION ELKTON
P.O. BOX 10
LISBON, OHIO 44432